Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-822

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

**Title of Work:**  Rainbow Fox

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 15, 2014
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
 **Author Created:** 2-D artwork
 **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 29, 2025
**Applicant's Tracking Number:** CI.2025052718



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-833

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

**Title of Work:** Universal Language

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 08, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 29, 2025
**Applicant's Tracking Number:** CL2025052725



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-826

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title
       **Title of Work:** Stick Together

## Completion/Publication
       **Year of Completion:** 2019
       **Date of 1st Publication:** February 03, 2019
       **Nation of 1st Publication:** Hong Kong

## Author
       •   **Author:** Chi Keung Lai
       **Author Created:** 2-D artwork
       **Citizen of:** Hong Kong

## Copyright Claimant
       **Copyright Claimant:** Chi Keung Lai
       Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions
       **Name:** Chi Keung Lai
       **Email:** andywestface@gmail.com
       **Address:** Room 2108, Kam Dat House, Kam Ying Court
       Ma On Shan  Hong Kong

## Certification
       **Name:** David Denholm
       **Date:** May 29, 2025
       **Applicant's Tracking Number:** CL2025052722



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-638

**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title
_____

**Title of Work:**  Give Me A Hug

## Completion/Publication
_____

**Year of Completion:**  2014
**Date of 1st Publication:**  November 14, 2014
**Nation of 1ˢᵗ Publication:**  Hong Kong

## Author
_____

- **Author:**  Chi Keung Lai
**Author Created:**  2-D artwork
**Citizen of:**  Hong Kong

## Copyright Claimant
_____

**Copyright Claimant:**  Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions
_____

**Name:**  Chi Keung Lai
**Email:**  andywestface@gmail.com
**Address:**  Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification
_____

**Name:**  David Denholm
**Date:**  May 28, 2025
**Applicant's Tracking Number:**  CL2025052709

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-644

**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:**  Keep Calm And Live Slow

## Completion/Publication

**Year of Completion:**  2014
**Date of 1st Publication:**  October 29, 2014
**Nation of 1st Publication:**  Hong Kong

## Author

- **Author:**  Chi Keung Lai
  **Author Created:**  2-D artwork
  **Citizen of:**  Hong Kong

## Copyright Claimant

**Copyright Claimant:**  Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:**  Chi Keung Lai
**Email:**  andywestface@gmail.com
**Address:**  Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:**  David Denholm
**Date:**  May 28, 2025
**Applicant's Tracking Number:**  CL2025052710

Page 1 of 2

**Correspondence:   Yes**



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-824

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

**Title of Work:** Rainbow Toucan

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 22, 2016
**Nation of 1ˢᵗ Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 29, 2025
**Applicant's Tracking Number:** CL2025052720



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-816

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

**Title of Work:** Pa Pa

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 14, 2015
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 29, 2025
**Applicant's Tracking Number:** Peacock Time



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-818

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

**Title of Work:** Peacock Time

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 26, 2015
**Nation of 1st Publication:** Hong Kong

## Author

• **Author:** Chi Keung Lai
**Author Created:** 2-D artwork
**Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 29, 2025
**Applicant's Tracking Number:** CL2025052714

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-409

**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:**  Being Lazy

## Completion/Publication

**Year of Completion:**  2016
**Date of 1st Publication:**  February 05, 2016
**Nation of 1ˢᵗ Publication:**  Hong Kong

## Author

- **Author:**  Chi Keung Lai
  **Author Created:**  2-D artwork
  **Citizen of:**  Hong Kong

## Copyright Claimant

**Copyright Claimant:**  Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:**  Chi Keung Lai
**Email:**  andywestface@gmail.com
**Address:**  Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:**  David Denholm
**Date:**  May 28, 2025
**Applicant's Tracking Number:**  CL2025052701



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-319

**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Do Nothing

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 26, 2016
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 28, 2025
**Applicant's Tracking Number:** CL2025052704

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-458-819

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Promise |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | April 04, 2014 |
| **Nation of 1st Publication:** | Hong Kong |

## Author

|  |  |
|---|---|
| • **Author:** | Chi Keung Lai |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Hong Kong |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Chi Keung Lai |
|  | Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Chi Keung Lai |
| **Email:** | andywestface@gmail.com |
| **Address:** | Room 2108, Kam Dat House, Kam Ying Court |
|  | Ma On Shan  Hong Kong |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 29, 2025 |
| **Applicant's Tracking Number:** | CL2025052715 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-480

**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Croco Rock

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 23, 2015
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 28, 2025
**Applicant's Tracking Number:** CL2025052703

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-458-829**

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Surfs Up |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | June 23, 2016 |
| **Nation of 1st Publication:** | Hong Kong |

## Author

| | |
|---|---|
| • **Author:** | Chi Keung Lai |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Hong Kong |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Chi Keung Lai |
| | Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Chi Keung Lai |
| **Email:** | andywestface@gmail.com |
| **Address:** | Room 2108, Kam Dat House, Kam Ying Court |
| | Ma On Shan  Hong Kong |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 29, 2025 |
| **Applicant's Tracking Number:** | CL2025052723 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-458-832**

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

**Title of Work:** Up

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 27, 2015
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

---

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 29, 2025
**Applicant's Tracking Number:** CL2025052726



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-543

**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Galaxy Giraffe

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 06, 2023
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 28, 2025
**Applicant's Tracking Number:** CL2025052708

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-458-820

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

## Title

**Title of Work:**   Rainbow Dooooog

## Completion/Publication

**Year of Completion:**   2020
**Date of 1st Publication:**   April 06, 2020
**Nation of 1ˢᵗ Publication:**   Hong Kong

## Author

- **Author:**   Chi Keung Lai
  **Author Created:**   2-D artwork
  **Citizen of:**   Hong Kong

## Copyright Claimant

**Copyright Claimant:**   Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:**   Chi Keung Lai
**Email:**   andywestface@gmail.com
**Address:**   Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:**   David Denholm
**Date:**   May 29, 2025
**Applicant's Tracking Number:**   CL2025052716



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-831

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

**Title of Work:** Travel Together

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 28, 2019
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 29, 2025
**Applicant's Tracking Number:** CL2025052724



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-130

**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title
**Title of Work:** Coffee Break

## Completion/Publication
**Year of Completion:** 2021
**Date of 1st Publication:** November 11, 2021
**Nation of 1st Publication:** Hong Kong

## Author
- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant
**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions
**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan Hong Kong

## Certification
**Name:** David Denholm
**Date:** May 28, 2025
**Applicant's Tracking Number:** CL2025052702

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-458-815

**Effective Date of Registration:**
May 29, 2025
**Registration Decision Date:**
August 22, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Rainbow Flamingo |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 22, 2018 |
| **Nation of 1st Publication:** | Hong Kong |

## Author

| | |
|---|---|
| • **Author:** | Chi Keung Lai |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Hong Kong |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Chi Keung Lai |
| | Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Chi Keung Lai |
| **Email:** | andywestface@gmail.com |
| **Address:** | Room 2108, Kam Dat House, Kam Ying Court |
| | Ma On Shan  Hong Kong |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 29, 2025 |
| **Applicant's Tracking Number:** | CL2025052717 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-241

**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Dreamy Petal

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 09, 2017
**Nation of 1st Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

---

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 28, 2025
**Applicant's Tracking Number:** CL2025052705

**Correspondence:**   Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-280

**Effective Date of Registration:**
May 28, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Fly High And Dream Big

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 20, 2014
**Nation of 1ˢᵗ Publication:** Hong Kong

## Author

- **Author:** Chi Keung Lai
  **Author Created:** 2-D artwork
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** Chi Keung Lai
Room 2108, Kam Dat House, Kam Ying Court, Ma On Shan, Hong Kong

## Rights and Permissions

**Name:** Chi Keung Lai
**Email:** andywestface@gmail.com
**Address:** Room 2108, Kam Dat House, Kam Ying Court
Ma On Shan  Hong Kong

## Certification

**Name:** David Denholm
**Date:** May 28, 2025
**Applicant's Tracking Number:** CL2025052707

**Correspondence:** Yes

