**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHI KEUNG LAI,

Plaintiff,

Case No.: 1:26-cv-01178

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | LOMTRATS |
| 2 | Stitchmelody Cross Stitch |
| 3 | DIY Home Decor |
| 4 | Itstitch |
| 5 | DSHRTB |
| 6 | AWEGFA |
| 7 | TOAYWANG |
| 8 | GERYUE |
| 9 | AmaShow |
| 10 | TattoosXparty |
| 11 | BestTattoos |
| 12 | Hei Jing |
| 13 | Drizzlel |
| 14 | Setoda Store |
| 15 | eGoodn |
| 16 | Silent Harbor |
| 17 | yaping |
| 18 | TNCDJKPA |
| 19 | Jaurney |
| 20 | yehongying |
| 21 | Puzzlefun |
| 22 | LICHI HOME STYLE |
| 23 | NPY- NA |
| 24 | BirthdayLovely |

| | |
|---|---|
| 25 | yiyangshiziyangquqishuankejiyouxiangongsi |
| 26 | Wanxiao |
| 27 | FUNWING PARTY SUPPLIES |
| 28 | Bolcguri FGD |
| 29 | ZHANGEN |
| 30 | HZGZOO |
| 31 | SXGPSP |
| 32 | Broad Universe |
| 33 | WEN QEE |
| 34 | changyingfuzhuangjingyingbu |
| 35 | guangzhouqiangxianshangmaodian |
| 36 | guangzhouyuanshuangshangmaoyouxiangongsi |
| 37 | yanLbaby |
| 38 | junlemei |
| 39 | XianNingShiHanBiaoShangMaoYouXianGongSi |
| 40 | daixuejingarts |
| 41 | JLJDP |
| 42 | 嘉善立鑫五金制品贸易有限公司 |
| 43 | deanfun |
| 44 | zezekeji |
| 45 | Evangeline |
| 46 | mr wang |
| 47 | SHUNDONG Co.Ltd |
| 48 | PANCAI digital oil painting |
| 49 | Poster Artwork |
| 50 | Miracle Decorate |
| 51 | WDQFANBU art poster shop |
| 52 | CCartist |
| 53 | Blackout Art |
| 54 | KUBY Painting SHOP |
| 55 | CanvasEva |
| 56 | The Pinnacle Of Art CC |
| 57 | Quangshengbei |
| 58 | Exquisite pillow life |
| 59 | meichuxi |
| 60 | Love and Freedom stickers |
| 61 | Hot auto car accessories |
| 62 | Yefeng Auto car accessories |
| 63 | American lucky sticker |
| 64 | ArtSpark |
| 65 | Car Potty Pops |

| 66 | Wall Deco Delight |
|---|---|
| 67 | Sticker S |
| 68 | LuminaCoveW |
| 69 | asasdbhbhibhibhik |
| 70 | A Dream Wedding |
| 71 | LikeMeNow |
| 72 | DMstudio |
| 73 | lingthint |
| 74 | Bloom Max WishShape |
| 75 | linliyuangerendian |
| 76 | qiqiposter |
| 77 | Wooden frame art poster |
| 78 | Wonderful poster decoration painting |
| 79 | Y HDposter |
| 80 | F Sincere Decorative painting |
| 81 | yujain ni art |
| 82 | T ART Canvas painting |
| 83 | TSNKH |
| 84 | HomeGallery |
| 85 | luckytow |
| 86 | Art Triple Canvas Co |
| 87 | XXLLshop |
| 88 | KC stickers |
| 89 | huahuadecorationshop |
| 90 | zhengjiayano |
| 91 | Zhi han Canvas Painting |
| 92 | Rongxishopping |
| 93 | J Happy Decorative Painting |
| 94 | Academic Search Shop |
| 95 | YAZHUHENG |
| 96 | HQY Art |
| 97 | A Super decorative painting |
| 98 | Talisha Decorate |
| 99 | cangwangtushudian |
| 100 | Cfchaowu |
| 101 | Cfjiajudian |
| 102 | I Distant decorative painting |
| 103 | Y ING |
| 104 | XMcytwo |
| 105 | fangyanping |
| 106 | Great stickers |

| | |
|---|---|
| 107 | E Sea Artwork |
| 108 | A Sincere Decorative painting |
| 109 | C Grateful Decorative painting |
| 110 | LZMGXBBQD |
| 111 | XM ART |
| 112 | Zhang Ping Canvas painting |
| 113 | NiuCanvasPainting |
| 114 | Biwangf |
| 115 | Rising Star Art Gallery |
| 116 | SI Art shop |
| 117 | AT stickers |
| 118 | GiftsByDesign |
| 119 | DDWFEA |
| 120 | MGDZSD |
| 121 | I am not interested in money |
| 122 | zou xiao Canvas Painting |
| 123 | Palette Loft |
| 124 | jianhongfanbuhua |
| 125 | ZWN Wall Art |
| 126 | QiYuyuanbin |
| 127 | Blanket Runner Table Shop |
| 128 | HomeMat |
| 129 | JJ Sign |
| 130 | Strong Overlord Shop |
| 131 | Shuangshuang fabric shop |
| 132 | Sunny Spaces k |
| 133 | Shouwu Shop |
| 134 | Artistic Decor Canvas |
| 135 | Magtion Art |
| 136 | between lovers |
| 137 | Eterna Art |
| 138 | giftsflash |